Submitted December 23, 2014, affirmed January 28, petition for review allowed May 11, 2015 (357 Or 299)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KADE WILLIAM KIRSCHNER,
*Defendant-Appellant.*

Union County Circuit Court
F19697; A154602

342 P3d 1026

Peter Gartlan, Chief Defender, and Morgen E. Daniels, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM

Affirmed. *State v. Ramos*, 267 Or App 164, 340 P3d 703 (2014).